**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Deepa Krishnan (Cal. Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
deepa@kronenbergerlaw.com

**Attorneys for Plaintiff**
Willow Wine Storage, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Willow Wine Storage, LLC,** a California Limited Liability Company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**Gunter Enz, an individual**, **and DOES 1-10,**<br><br>    Defendants. | Case No. C-08-0222-SC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2 than the named parties, there is no such interest to report.

4 DATED: January 22, 2008                    KRONENBERGER BURGOYNE, LLP

6                                                                    /s/
                                                              Deepa Krishnan
7                                                             Attorneys for Plaintiff
                                                              Quick Learning, LLC.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com