**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Deepa Krishnan (Cal. Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
deepa@kronenbergerlaw.com

**Attorneys for Plaintiff**
Willow Wine Storage, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Willow Wine Storage, LLC,** a California Limited Liability Company,<br><br>            Plaintiffs,<br><br>    vs.<br><br>**Gunter Enz, an individual**, **and DOES 1-10,**<br><br>            Defendants. | Case No. C-08-0222-SC<br><br>**NOTICE OF ERRATA REGARDING CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  Plaintiff Willow Wine Storage, LLC herein provides notice of the following error and
3  omission with respect to its Certification of Interested Entities or Persons (the
4  "Certification"):

5  1. The Certification's signature block erroneously refers to a non-party.
6  Kronenberger Burgoyne, LLP is counsel to Plaintiff Willow Wine Storage, LLC
7  in this action.

9  DATED: January 22, 2008                    KRONENBERGER BURGOYNE, LLP

11                                             _____/s/_____
                                               Deepa Krishnan
12                                             Attorneys for Plaintiff
                                               Willow Wine Storage, LLC

Case No. C-08-0222-SC                    2        NOTICE OF ERRATA REGARDING CERTIFICATION OF
                                                  INTERESTED ENTITIES OR PERSONS