# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: **CV 08 0222**

WILLOW WINE STORAGE, LLC, A
CALIFORNIA LIMITED LIABILITY COMPANY          Plaintiff(s)

v.

GUNTER ENZ, AN INDIVIDUAL, ET AL.,          Defendant(s)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action a **I served** copies of the *(specify documents)*:
LETTER; NOTICE TO PRESERVE DOCUMENTS; CORRESPONDENCE TO GUNTER ENZ; CIVIL COVER SHEET; SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDIC- TION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; WELCOME TO U.S. DISTRICT COURT SAN FRANCISCO; CERTIFI- CATION OF INTERESTED ENTITIES/PERSONS;

2. **Person served:**
   a. ☐ Defendant *(name)*: GUNTER ENZ
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
   Merry Baker Assistant, A white female approx. 40-45 years of age 5'2"-5'4" in height weighing 120-140 lbs with brown hair
   c. ☒ Address where papers were served: 1782 LA COSTA MEADOWS DR SUITE 100 SAN MARCOS, CA 92069

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and the minor if at least twelve (12) years of age.
      1. Papers were served on *(date)*: _____ at *(time)*: _____
   b. ☒ By **Substituted service**. By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☒ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ Papers were served on *(date)*: Jan 25 2008      at *(time)*: 2:49:00 PM
      4. ☐ by **mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on *(date)*: _____
      6. ☒ **due diligence**. I made at least (3) attempts to personally serve the defendant.

CV-1 (04/01)         **PROOF OF SERVICE – SUMMONS AND COMPLAINT**         PAGE 1
                                                                          Order No. 8035250

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *by first-class mail, postage prepaid,)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washing, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   **F. Sarkisyan**
   **2121 FIFTH AVE, SUITE 200, SAN DIEGO, CA 92101**
   **619-232-1920**
   **1227  San Diego**

   a. Fee for service: $ **175.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **Feb 20 2008**

_____
*(Signature)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Kronenberger Burgoyne, LLP<br>150 Post St, #520<br>San Francisco, CA 94108<br>TELEPHONE NO.: 415 955-1155    FAX NO. *(Optional)*: 415 955-1158<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: WILLOW WINE STORAGE, LLC, A CALIFORNIA LIMITED LIABILITY | |
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: WILLOW WINE STORAGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | CASE NUMBER:<br>CV 08 0222 |
| DEFENDANT/RESPONDENT: GUNTER ENZ, AN INDIVIDUAL, ET AL., | |
| DECLARATION OF DUE DILIGENCE | Ref. No. or file No.: |

1. I declare that I am and was on the dates herein mentioned, over the age of 18 years and not a party to this action.

2. I received the following documents for service:

    LETTER; NOTICE TO PRESERVE DOCUMENTS; CORRESPONDENCE TO GUNTER ENZ; CIVIL COVER SHEET; SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDIC- TION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO; CERTIFI- CATION OF INTERESTED ENTITIES/PERSONS; NOTICE OF ERRATA RE CERTIFICATION

3. After due and diligent attempts at the following address, I have been unable to effect personal service on:

    GUNTER ENZ
    1782 LA COSTA MEADOWS DR
    SUITE 100
    SAN MARCOS CA 92069

4. List of service attempts:

    01/23/2008 17:07: No Answer at business CLOSED
    01/24/2008 14:48: Per white female employee approx. 25-30 years of age 5'4"-5'6" in height weighing 140-160 lbs with black hair, Subject not at work today
    01/25/2008 14:49: Subject is not in at business address, paperwork was subserved.

5. Person who served papers
    a. Name:              F. Sarkisyan
    b. Address:           633 Yesler Way  Seattle, WA 98104
    c. Telephone number:  206-521-9000
    d. Registration No.:  1227
    e. County:            San Diego

6. The fee for service was: $ 175.00

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Feb 20 2008

F. Sarkisyan
(PRINTED NAME OF DECLARANT)

*/s/ F. Sarkisyan*
(SIGNATURE OF DECLARANT)

DECLARATION OF DUE DILIGENCE                                    Order No. 8035250

# Declaration of Mailing

## Docket Number: CV 08 0222

The undersigned hereby declares: that I, Elizabeth Noguera, am a citizen of the United States of America and am employed in the city of Seattle, in the state of WA.

That I am over the age of twenty-one, and not party to, nor interested in the within entitled action. My business address is 633 Yesler Way Seattle, WA 98104.

That on 01/28/2008, after substituted service was made on Jan 25 2008 2:49PM , I completed service by depositing a copy of the LETTER; NOTICE TO PRESERVE DOCUMENTS; CORRESPONDENCE TO GUNTER ENZ; CIVIL COVER SHEET; SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDIC- TION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO; CERTIFI- CATION OF INTERESTED ENTITIES/PERSONS; NOTICE OF ERRATA RE CERTIFICATION, in a first class post paid envelope addressed to 1782 LA COSTA MEADOWS DR SUITE 100 SAN MARCOS, 92069, at a US Post Office. The envelope bore the legend "**Personal and Confidential**", and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned and action against the defendant.

That I addressed the envelope as follows:

> GUNTER ENZ
> 1782 LA COSTA MEADOWS DR
> SUITE 100
> SAN MARCOS CA 92069

I declare under penalty of perjury of the state of California, that the foregoing is true and correct.

I executed this declaration on January 28, 2008 at Seattle, WA.

Tracking #: 8035250

_____
Declarant   Elizabeth Noguera

Tracking #: 8035250