**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Deepa Krishnan (CA Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:  (415) 955-1158
hank@kronenbergerlaw.com
deepa@kronenbergerlaw.com

**Attorneys for Plaintiff**
Willow Wine Storage, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Willow Wine Storage, LLC,** a California Limited Liability Company,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>**Gunter Enz, an individual**, **and DOES 1-10,**<br><br>　　　　　Defendants. | Case No. C-08-0222-SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), Plaintiff Willow Wine Storage, LLC, through its designated counsel, hereby
3  voluntarily dismisses the above-captioned action with prejudice.

4

5  DATED: March 18, 2008                              KRONENBERGER BURGOYNE, LLP

6

7                                                      _____/s/_____
                                                       Deepa Krishnan
8                                                      Attorneys for Plaintiff
                                                       Willow Wine Storage, LLC