**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Deepa Krishnan (CA Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
deepa@kronenbergerlaw.com

**Attorneys for Plaintiff**
Willow Wine Storage, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Willow Wine Storage, LLC,** a California Limited Liability Company,<br><br>          Plaintiffs,<br><br>     vs.<br><br>**Gunter Enz, an individual**, **and DOES 1-10,**<br><br>          Defendants. | Case No. C-08-0222-SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Willow Wine Storage, LLC, through its designated counsel, hereby voluntarily dismisses the above-captioned action with prejudice.

DATED: March 18, 2008

KRONENBERGER BURGOYNE, LLP

_____/s/_____
Deepa Krishnan
Attorneys for Plaintiff
Willow Wine Storage, LLC



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com